

FILED

SEP 2 5 2017

TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
*HUNTINGTON DIVISION*

EDWARD "JESSE" DREYFUSE          3534873

Plaintiff

_____          _____

_____          _____

_____          _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                    **CIVIL ACTION NO.** 3:17-CV-4031
                              *(Number to be assigned by Court)*

CHRISTOPHER D. CHILES, in his individual capacity

SEAN HAMMERS, in his individual capacity

RYAN BENTLEY, in his individual capacity

            DEFENDANT'S

*(Enter above the full name of the defendant*
*or defendants in this action)*

## **COMPLAINT**

**I.     Previous Lawsuits**

   A.    Have you begun other lawsuits in state or federal court dealing with the same
         facts involved in this action or otherwise relating to your imprisonment?

                  Yes _____          No ___/___

1

B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.    Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2.    Court (if federal court, name the district; if state court, name the county);

        _____

_____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned:

        _____

    5.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

        _____

_____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

II.    **Place of Present Confinement:** _N.C.G mounksville, W.VA._

   A.    Is there a prisoner grievance procedure in this institution?

   Yes ___/___        No _____

   B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes _____        No ___/___

   C.    If you answer is YES:

      1.    What steps did you take? _____

      _____

      2.    What was the result? _____

      _____

   D.    If your answer is NO, explain why not: _NOT Relative To_
   _The 6 42 U.S.C. §1983 Causes for_
   _Action_

III.    **Parties**

   (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A.    Name of Plaintiff: _EDWARD "JESSE" DREYFUSE_

   Address: _112 N.R.C. Drv. mounksville, WV, 26041_

   B.    Additional Plaintiff(s) and Address(es): _____

   _____

   _____

   _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: _CHRISTOPHER D. CHILES_

is employed as: _CABELL COUNTY Judge - prior PROSECUTOR_

at _CABELL COUNTY COURT HOUSE, HUNTINGTON, W.VA._

D.   Additional defendants: _SEAN HAMMERS, CABELL COUNTY_
_PROSECUTOR's office,_
_RYAN BEVERLY, HUNTINGTON Police Department_

## IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Due to the complex nature and issues of this Action, it is impossible for me to properly "Briefly" State the facts of this case - Please Review the 16 Handwritten pages that Detail the 6 different causes for Actions and the claims for which Reliefs are sought, including the Reliefs sought for EACH Claim Accordingly.

4

IV.     **Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

V.      **Relief**

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.
Cite no cases or statutes.

Due To The complex nature of The Reliefs
Sought in This action it is impossible for me
To properly "Briefly" state The Reliefs
Sought, please Review The 16 Handwritten
Pages attached That fully and properly
Detail The Reliefs sought for The Six
Causes for Actions Claimed

_____

_____

**V.     Relief (continued)):**

_____

_____

_____

_____

_____


**VII.   Counsel**

A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No ___/___

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _____

_____

C.     Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No ___/___

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20_____.


_____

_____

_____

_____*Edward Jess Dreyfuse*_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____*9/20/17*_____.
                          (Date)


_____*Edward Jess Dreyfuse*_____
Signature of Movant/Plaintiff


_____
Signature of Attorney
(if any)

7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

EDWARD JES DREYFUSE,

    Plaintiff, Pro-se

v.

CHRISTOPHER D. CHILES, in his individual CAPACITY
SEAN HAMMERS, in his individual CAPACITY
RYAN BENTLEY, in his individual CAPACITY

    Defendants

CAUSES OF ACTION UNDER 42 U.S.C. § 1983

Plaintiff seeks to assert against the Defendants six
seperate causes of action claims that are presented and
supported by (1) The deprivation and violation of Plaintiff's
Constitutional Rights while Defendants acted under color
of State law; (2) A scheme and conspiracy by Defendants
to obstruct Justice and to interfere with Plaintiff's Constitutional
Rights while acting under the color of State law; and (3)
Defendants violations of Constitutional Rights and various
Federal and State Criminal Statutes, as; 18 U.S.C. 34 misprision
of Felony; 18 U.S.C. 1621 Perjury; 18 U.S.C. § 1622 Subornation
of Perjury; 18 U.S.C. § False Declarations before a Grand Jury
or court; 18 U.S.C. § 241 Conspiracy Against Rights; 18 U.S.C. 1001
Fraudulent and False Statements; and the analogous State
Criminal Statutes, § 61-5-1 (b) Perjury, § 61-5-1 (A) Subornation
of Perjury, And § 61-10-31 Conspiracy.

Based upon these alleged unlawful acts, under 42 U.S.C. § 1983
Provides for a Private right of action Against ANY person
who under the color of law, Deprives Another person
of Rights secured by the United States Constitution
or Federal law.

1.

Plaintiff Serves Notice Upon Each Defendant That They Are
being Sued in Their Individual Capacity For six cause of
Action Claims under 42 U.S.C. § 1983, Herein After refered
To As A "cause for Action".

Plaintiff Presents And hereby Serves A Demand For Jury Trial
on All issues So Triable Pursuant To The Federal Rules of
Civil Procedure Rule 38, And includes The Service of The
written Demand in This Pleading upon each Defendant
And The Court Pursuant To Rule 5(b).

## CAUSES FOR ACTION

(claim 1)   As A first cause for Action against Christopher D. Chiles, A
Prosecuting Attorney, Sean Hammers, An Assistant Prosecutor,
And Ryan Bentley, A Huntington Police officer, Plaintiff
Alleges in The complaint The Claim That The Rights of
liberty, Due Process And equal protection of law, under The
Fourteenth Amendment of The united States Constitution
were intentionally in "Bad Faith" deprived And violated
As Described in The Following "complaint," which

(claim 1)   Also supports The Five Additional Causes of Actions
(intesupted)   And Claims for Reliefs.

## "Complaint"

Christopher D. chiles, A prosecuting Attorney And Sean
Hammers, An Assistant Prosecutor, did Knowingly And
willingly induce And Procure The Subornation of
Perjured Testimony of Ryan Bentley, A Huntington Police
officer who did Knowingly And willingly give Fraudulent,
Felonious And intentionally misleading

2

False, fabricated Testimony of evidence And material
matters Before A Grand Jury in Cabell County West Virginia,
U.S.A. on June nineteenth, 2012 TO WIT:
Commencing AT 2:05 P.m. Before A Grand Jury in Cabell County
West Virginia, U.S.A. on June 19th, 2012, Christopher D.
Chiles, A Prosecuting Attorney being Assisted By Sean
Hammers As An Assistant Prosecutor, Did Knowingly,
willingly, intentionally And feloniously induce, Procure
And Suborn The Perjured Testimony of Ryan Bentley,
A Huntington Police officer, A witness under oAth And
Affirment before A Grand Jury Considering A felony
indictment, who, being duly sworn, Deposed And gave
false, fabricated evidence of Testimony of material matters
To The Grand Jury in The substance And To The effect following:

  (A) Christopher D. chiles, A Prosecuting Attorney under
The Assistance of A Conspiracy with Sean Hammers, An
Assistant Prosecutor, did in Bad faith, Knowingly And willingly,
intentionally And feloniously Procure And induce And Suborn
The Perjured Testimony of Ryan Bentley before The Afore
described Session of The Grand Jury, Against The Peace And
Dignity of The STATE of west Virginia And The United STATES
of America in Violation of § 61-5-1(A) Subornation of
Perjery And 18 U.S.C. § 1622 Subornation of Perjury,
18 U.S.C. 1623 False Declarations before A Grand Jury, And
18 U.S.C. 241 Conspiracy Against Rights.

3

(B) wherein, Ryan Bentley, A witness under oath and Affirmation Before A Grand Jury, being induced and procured by Christopher D. Chiles under the assistance of Sean Hammers did in Bad Faith, knowingly and willingly, Fraudulently, Falsely and Feloniously provide the Perjured Testimony of evidence and material matters in the substance And To The effect Following: "mr. Dreyfuse obtained A Black Aluminum Baseball bat and struck mr. Clay about the Face and Head... multiple times causing the following injuries... multiple Facial Fractures and a major skull Fracture That Caused mr. Clay To slip into A Coma Until he died As A result of The injuries, IN WHICH, According To All Medical Records And Reports That were in EACH of The Defendant's Possession, BEFORE and DURING The Grand Jury proceedings establishes That All of The Defendant's were Fully Aware and possessed Actual evidence That ms. Clay NEVER recieved or suffered Any Type of multiple Facial Fractures or A major skull Fracture, NOR did mr. Clay slip into A Coma From such NON-EXISTING injuries until he died from such NON-EXISTING injuries, As was presented in Bad Faith, in perjured Testimony As A material matter To A Grand Jury Considering a Felony indictment.
↖ Complaint's Conclusion ↗

(Claim 1)
renewed)

Pursuant To A 42 U.S.C. §1983, The First cause for Action Claim is Based upon The Defendant's violating The Plaintiff's Fourteenth Amendment rights of Due process and equal protection of Law And Also for inflicting Cruel and unusual Punishment Against The Plaintiff

4

in violation of The Eighth amendment of the United
States Constitution as a Result of the Defendant's
Depriving the Plaintiff Rights Secured by the United
States Constitution and Their violating Federal laws
as Detailed.

## RELIEFS SOUGHT

1) Plaintiff seeks The relief of an award of $250,000.00 in
Compensatoc Damages, Jointly and severally, Against
Christopher D. chiles, sean Hammers and Ryan Bentley in Their
individual capacities for the constitutional Deprivations and
violations of the Plaintiff's fourteenth and Eighth amendments
of the United States Constitution and all afore described
violations of Federal laws.

Plaintiff seeks the relief of an award of $1,000,000.00 in
2) Exemplary Punitive Damages, Jointly and severally, Against
Christopher D. chiles, senn Hammers and Ryan Bentley in Their
individual capacities for the constitutional Deprivations and
violations of the Plaintiff's fourteenth and Eighth amendments
of the United States Constitution and all afore described
violations of Federal law causing Plaintiff contumely,
loss of consortium, Public humiliation, oppression, mental anguish
and other injuries suffered from the Cruel and unusual punishment.

3) Plaintiff seeks the Reliefs of an award in such Sum as in
the opinion of a Jury That is warranted by the circumstances
for Both, Compensatory and Exemplary punitive Damages
should they Determine an award other than what
Petitioned / Requested by Plaintiff as Reliefs.

5

(claim2)  As a second cause of action against Christopher D. Chiles, Sean Hammers and Ryan Bentley, Plaintiff alleges in the complaint, pursuant to 42 U.S.C § 1983 that Christopher D. Chiles, Sean Hammers and Ryan Bentley operated and participated in a conspiracy to obstruct Justice by intentionally depriving the Plaintiff due process and equal protection of law under the fourteenth amendment of the united states constitution and federal law;

To establish obstruction of Justice and the deprivation of due process and equal protection, Plaintiff is required to demonstrate that Christopher D. Chiles and at least one other Defendant conspired to obstruct the course of Justice in a state court, and did so with the intent to deprive the Plaintiff of a constitutional right.

It is without question that the events afore described in ("complaint") pages 2 through 4 of this action, establish and demonstrate that Christopher D. Chiles and Ryan Bentley had prior knowledge that the testimony being induced and procured by Christopher Chiles was false, and that the false felonious testimony provided was predetermined to be provided – Thus, a conspiracy was committed, There can also be no question that this felonious presentment of perjured testimony was meant to obstruct Justice, as it was done with the full intent to deprive the Plaintiff of the constitutional right of due process and equal protection and liberty under the fourteenth amendment of the united states constitution.

6

RELIEFS SOUGHT

1) Plaintiff Seeks The relief of An Award of $150,000.00 in Compensatory Damages, Jointly And Severally Against Christopher D. Chiles, Sean Hammers And Ryan Bentley in Their individual Capacities for The Constitutional Deprivations And violations of The Plaintiff's Fourteenth Amendment of The United STATES Constitution And The intentional obstruction of Justice by Conspiracy by The Defendant's To Deprive Plaintiff of said Constitutional Right.

2) Plaintiff seeks The relief of An Award of $450,000.00 in Exemplary Punitive Damages, Jointly And Severally Against Christopher D. Chiles, Sean Hammers And Ryan Bentley in Their individual Capacities for The Constitutional Deprivations And violations of The Plaintiff's Fourteenth Amendment Rights under The United STATES Constitution And The Afore Described obstruction of Justice Succeeded in A Conspiracy To Deprive Plaintiff of A Constitutional Right, Causing Plaintiff Contumely, loss of Consortium, public humiliation, oppression, Mental Anguish And Defamation of Character Slander, As Plaintiff was, And is Called, And forever now Known As The "BAILBAT Killer" Because of The False, Fabricated Details Described in ("Complaint") pages 2 Through 4 of This Action.

3) Plaintiff Seeks The Reliefs of An Award in Such sum As in The opinion of A Jury That is warranted by The Circumstances for Both, Compensatory And Exemplary Punitive Damages Should They Determine An Award other Than what petitioned/requested by Plaintiff As Reliefs.

(claim 3)    As a Third cause for Action Against Christopher D. Chiles,
Sean Hammers And Ryan Bentley, Plaintiff Alleges in The
complaint pursuant to 42 U.S.C. § 1983 That Christopher D. Chiles,
Sean Hammers And Ryan Bentley, ALL, were Aware of The Felony
offenses Committed During the Grand Jury proceedings As
Detailed And Described in ("complaint") pages 2 Through 4 of
This Action, And NOT ONE Took Appropriate Action To Stop
Such felonies from being committed, nor did Any of the Defendants
by Their having Knowledge of the actual commission of
felony offenses Cognizable by A court of the united States
Not conceal such Felonies by Reporting And making The same
Known To some Judge or other person in civil Authority under
The united States so As To protect The Plaintiff's Constitutional
Rights of Due process and Equal protection under The Fourteenth
Amendment of The United States Constitution, As EVERY
Defendant has in Fact Concealed The felony offenses
which were committed. By such concealment, Christopher D.
Chiles, Sean Hammers And Ryan Bentley Stand in Clear Violation
of Federal law, 18 U.S.C. § 4, misprision of felony, As Whoever—
having Knowledge of The Actual Commission of A felony Cognizable
by A court of The united States, Conceals, And does not As soon As
Possible make known The same To some Judge or other person
in civil or military Authority under The united States, Shall be
Fined under This Title or imprisoned not more Than Three years
or Both,
Pursuant To 42 U.S.C. § 1983, The Third cause for Action Claim
is Based upon Defendants, Acting under The color of STATE law

intentionally depriving The Plaintiff The rights secured by
The Fourteenth Amendment of The united States Constitution
By The Defendant's intentionally concealing The Felony
Offenses Committed As Detailed and Described in
("complaint") pages 2 Through 4 of This Action, while
each Defendant Did Exceed The scope of his official
Authority when They Committed Felony offenses intentionally
To Deprive Plaintiff of his Constitutional Rights.

              Reliefs SOUGHT

1)   Petitioner seeks an award of Relief of $150,000.00 in
Compensatory Damages, Jointly and severally Against Christopher D.
Chiles, sean Hammers and Ryan Bentley in Their individual
Capacities for The Constitutional Deprivations and violations
of The Plaintiff's Fourteenth Amendment Constitutional Rights
Suffered By The Defendant's Concealment of The Felony offenses
Committed To insure Deprivation of Constitutional Rights.

2)   Plaintiff seeks The relief of An award of $450,000.00 in
Exemplary punitive Damages, Jointly and severally Against Christopher D.
Chiles, sean Hammers and Ryan Bentley in Their individual Capacities
For The intentional Concealment of The Felony offenses in which
were Committed As Detailed in The ("complaint") pages 2
Through four of This Action, To insure The Deprivation of
The plaintiff's Constitutional Rights.

3)   Plaintiff seeks The Reliefs of An award in such A Sum As in The
opinion of A Jury That is warranted by The Circumstances
in Both, Compensatory and Exemplary punitive Damages
should They Determine An award other Than what petitioned/
Requested by Plaintiff As Reliefs.

(Claim 4)   As a fourth cause for action against Christopher D. Chiles,
Sean Hammers and Ryan Bentley, Plaintiff alleges in the
complaint pursuant to 42 U.S.C.§ 1983 that Christopher D.
Chiles, Sean Hammers and Ryan Bentley, All, acting
under the color of state law, acted in a capacity other
than, and which did exceed the scope of each Defendant's
authority under state law, and contrary to their
official, and, or, quasi judicial roles, as there is no
official or quasi judicial role which exists that
allows, mandates or encourages any official to
commit felony offenses of federal or state criminal
statutes in order to obtain an indictment under
false pretenses or to deprive a person due process
and equal protection of law under the fourteenth
amendment of the united states constitutions

RELIEFS SOUGHT

1)   Petitioner seeks the reliefs of an award of $50,000.00 in
compensatory damages, jointly and severally against Christopher D.
Chiles, Sean Hammers and Ryan Bentley in their individual
capacities for the constitutional deprivations and violations
of the Plaintiff's fourteenth amendment constitutional
rights committed in a capacity other than, and which did
exceed the scope of each Defendant's authority under state law
and contrary to their official, and, or, quasi judicial roles.

2) Petitioner seeks The relief of an award of $150,000.00 in exemplary, punitive Damages, Jointly and Severally Against Christopher D. Chiles, Sean Hammers And Ryan Bentley in their individual capacities for The constitutional Deprivations And violations of The plaintiff's fourteenth amendment constitutional Rights which were committed in a capacity other Than, and which did exceed The sope of Each Defendant's authority under STATE law, and contrary To Their official, And, or Quasi Judicial Roles causing Plaintiff contumely, mental anguish, Public Humiliation Defamation of Character, oppression, slander And loss of consortium as The actions committed in a criminal manner By The Defendant's has caused Plaintiff unimaginable irreparable injuries.

3) Plaintiff seeks The relief of an award, in such sum as in The opinion of a Jury That is warranted by The circumstances for Both, compensatory And Exemplary Punitive Damages, should They Determine An award other Than what petitioned / Requested by Plaintiff as Reliefs.

(claim 5) As A fifth cause for action Against Christopher D. Chiles, Sean Hammers And Ryan Bentley, Plaintiff Alleges in The complaint pursuant To 42 U.S.C § 1983, That while acting under The color of STATE law And Exceeding The scope of Their authorities under STATE law, Christopher D. Chiles, Sean Hammers And Ryan Bentley did Devise A scheme or Artifice To Deprive The Plaintiff of The intangible Right of Honest Services in violation of 18 U.S.C. 1346 which makes it a Federal Criminal offense To Devise A scheme or Artifice To Deprive Another of Honest Services.

11

The important Factor That must be proved is That The Defendant's engaged in Conduct for The purpose of Executing A scheme To Deprive Another The right of Honest Services. without Question A scheme was Devised And Effectuated by The Defendant's where Christopher D. Chiles And Sean Hammers did Knowingly And intentionally induce And procure by Subornation The perjured, False, Fabricated Testimony of Ryan Bentley before A Grand-Jury So As To intentionally Deprive The Plaintiff of The intangible Right of Honest Services of Public officials during Grand Jury proceedings To Be had with Due process of law, And by such, Defendant's Deprived, Denied And Violated The Plaintiff's Federal law Rights of Honest Services And his Fourteenth Amendment Rights of The United States Constitution.

## RELIEFS SOUGHT

1)   Plaintiff Seeks The relief of An Award of $ 30,000.00 in Compensatory Damages, Jointly And Severally Against Christopher D. Chiles, Sean Hammers And Ryan Bentley in Their individual capacities for The Violations of 18 U.S.C. 1346, where The Defendant's Devised And effectuated A scheme or Artifice To Deprive The Petitioner The Right of Honest Services of Public officials during Grand Jury proceedings To be had with Due process of law, Violating Plaintiff's Fourteenth Amendment Rights under The United States Constitution.

12

2) Plaintiff seeks the relief of an award of $90,000.00 in Exemplary punitive Damages, Jointly and Severally Against Christopher D. Chiles, Sean Hammers and Ryan Bentley, in their individual capacities for the violations of Rights secured under Federal law under 18 U.S.C § 1346, where Defendant's Devised and effectuated a scheme or artifice to Deprive the Plaintiff the Right of Honest Services of Public officials during a Grand-Jury proceeding to be had with Due process and equal protection of law, Thus violating the Plaintiff's fourteenth amendment Rights of the United States Constitution. Causing Plaintiff mental anguish, oppression, public humiliation, Defamation of character, slander, loss of consortium, As the Plaintiff's Name, Edward Jess Dreyfuse, is Now forever synonymous with the "Baseball Bat Killer" title Given to him by cause of the Defendant's actions Described in ("complaint") pages 2 Through 4. of this action (Google "Dreyfuse, Ballbat Killer")

3) Plaintiff seeks the reliefs of an award in such sum as in the opinion of a Jury that is warranted by the circumstances, for Both, Compensatory and Exemplary punitive Damages, should they Determine an award other than what petitional / Requested by plaintiff as Relief.

(Claim 6) Lastly, As a sixth cause for action Against Christopher D. Chiles, Sean Hammers and Ryan Bentley, Plaintiff Alleges in the complaint pursuant to 42 U.S.C § 1983 a claim of False Arrest and inprisonment on the Grounds that the findings of probable cause made as to the Indictment was Based on Information Known to Be False.

13

Defendant's violated The United States Constitutions fourth Amendment for The Restriction of Plaintiff's Liberty and Freedom of movement That occured when Plaintiff was Held and imprisoned Under an indictment That was obtained with Deliberate Falsehood, Fraud, And wreckless disregard for The Truth wich Resulted in The Plaintiff being illegaly held without a Bond And Falsely imprisoned.

As The "Tainted" wrongfully obtained indictment was had By The Defendant's inducing, procuring And Suborning perjured Testimony intentionally, And Giving Fraudulent, false, Fabricated Testimony of Evidence and material matters, There is Absolutely No Question As To The Plaintiff's Detention being based on information which The State and Defendants Knew To Be False. Furthermore, The actual arrest warrant for The charge of murder was also obtained with The same Fraudulent False Affidavit of evidence and Testimony As was Provided at The Grand Jury Proceedings, Thus, Plaintiff's arrest warrant for Murder was Also Based on information Which The State and Defendant's Knew To Be False, And in view of The nature of Plaintiff's claim -- That his arrest And Detention for murder were Based on information which The State And Defendant's Knew To Be False -- The False arrest And imprisonment claims Are not effected by The fact That plaintiff recieved formal procedures To which he was entitled under Gerstein, Moreover, Gerstein makes CLEAR, "A State Grand Jury indictment is To be considered As EXACTLY equivalent To a magistrate's Determination of probable Cause Prior To The issuance of a warrant, see Gerstein 420 U.S. AT 117, n. 19, 95 S.CT. AT 865.

14

A "Franks Claim" Applies where The Determination of Probable Cause is made By A State Grand-Jury, Thus, Plaintiff Brings his Final Claim under 42 U.S.C. 1983 Claim of False Arrest And Imprisonment in Violation of The Fourth Amendment of The United States Constitution on The Ground That The Findings of Probable Cause made was Based on information The State And The Defendant's knew To Be False, As The Defendant's intentionally presented The False, Fabricated, Fraudulent information Themselves As Detailed And described in ("Complaint") pages 2 Through 4 of This Action.

RELIEFS SOUGHT

1) Plaintiff Seeks The Relief of An Award of $200,000.00 in Compensatory Damages Against Christopher D. Chiles, Sean Hammers And Ryan Bentley, Jointly And Severally, in Their individual Capacities For The fourth amendment of The United States Constitutional Violation for The Plaintiff's Being Falsely Arrested And imprisoned on The Ground That The Finding s of Probable Cause Made was Based on information The STATE and The Defendants Knew To Be False

2) Plaintiff Seeks The Relief of An Award of $600,000.00 in Exemplary Punitive Damages, Jointly And Seperately Against Christopher D. Chiles, Sean Hammers and Ryan Bentley, in Their individual Capacities For The fourth amendment of The united States Constitutional Violations For The Plaintiff's Being Falsely Arrested And imprisoned on The Ground That The Finding of Probable Cause made was Based on information The STATE And Defendant's Knew To Be False, Causing Plaintiff irrepairable loss of family And Friends, oppression,

Mental Anguish, Public humiliation, loss of consortium, slander, And Defamation of Character, As The Plaintiff is now And forever Known As The "Base Ball Bat Killer", Who Beat A Mans Brains out of his head Because of The False, Fraudulent information intentionally provided By The Defendants — (Google "Edward Jesse Dreyfuse" "Base Ball Bat Killer")

3)  Plaintiff seeks The Reliefs of An Award in such sum As in The opinion of A Jury That is warranted by The Circumstances for Both, compensatory And Exemplary Punitive Damages should They Determine An Award other Than petitioned / Requested by Plaintiff As Reliefs.

Plaintiff submits This Action To The U.S. District Courts Clerk Teresa Deppener / Huntington Division Federal Courthouse, 845 Fifth Avenue, Room 101, Huntington, W.VA. 25701, Plaintiff Further Avers he has provided Each Defendant service of A copy of This Action By U.S. mail.

Pursuant To 15 U.S.C. § 1746, I, Edward Jess Dreyfuse declare under The penalty of perjury That The Foregoing is True And Correct.

Edward Jess Dreyfuse

Executed on —                    DATE: 9/20/2017

CLERK,

Please find the enclosed 42 U.S.C. §1983 Action, Financial, and the three copies of the 42 U.S.C. §1983 with process for service upon the Defendant's.

As the issues are not relevent to prison or prison officials, there are no Administrative Remedies available in these matters.

Also, Jurisdiction is in the Huntington Division, As the Defendant's committed the Constitutional violations in Huntington while acting under the color of state law.

I have also included a motion for leave to file excess pages as a precautionary measure as the Rules of the Southern District U.S. Court of West Virginia for filing are not readily available at this facility, but the Northern District Court Rules are, and such motion is pursuant to the (LR PL 3.4.4).

If such motion is not required by the Southern District Court, please Disregard it.

I thank you for your service and attention in this serious matter,

E J Dunyouse

Edward Jess Dreyfuse

112. N.R.C. Dr.

Moundsville, WV 26041

LEGAL MAIL



9114 9014 9645 1457 0523 91

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

Label 400  Jan. 2013
7690-16-000-7948

CLERK, UNITED STATES DISTRICT COURT

Sidney L. Christie Federal Bldg.

845 5TH Avenue, RM 101

Huntington, WV

25701

U.S. MARSHALS SERVICE
X-RAYED

BY: _____



ZIP 26041
02 1W
0001402113 SEP 23 20

US POSTAGE  PITNEY B...

$ 007.2...